■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM HART, Appellant, v BRION TRAVIS, Respondent. [658 NYS2d 1007] —In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Nassau County (Jonas, J.), entered March 14, 1996, which dismissed the writ.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

The petitioner in this matter has already been released. The appeal is therefore academic since habeas corpus will lie only when the petitioner is entitled to immediate release *(see generally, People ex rel. DeFlumer v Strack,* 212 AD2d 555, and cases cited herein). Miller, J. P., Altman, Goldstein and Florio, JJ., concur.

(June 3, 1997)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD SMITH, Appellant. [— NYS2d —] —The defendant appealed to this Court from a determination of the County Court, Suffolk County, dated March 26, 1997, made pursuant to the Sex Offender Registration Act (Correction Law art 6-C). By order of this Court dated April 24, 1997, the defendant was directed to show cause before this Court why an order should not be entered dismissing the appeal upon the ground that the determination is not appealable *(People v Stevens,* 235 AD2d 440).

Now, on the Court's own motion, it is

Ordered that the appeal is dismissed. O'Brien, J. P., Joy, Goldstein and Luciano, JJ., concur.